UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAR - 4 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ms. Claudia S. Susini-Williams

_____
(Name of the plaintiff or plaintiffs)

v.

Coverall Cleaning Concepts
-AKA- Coverall North America

_____
(Name of the defendant or defendants)

CIVIL ACTION   JUDGE NORGLE

NO. 05C 1360

MAGISTRATE JUDGE KEYS

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is **Ms. Claudia S. Susini-Williams** of the county of **Cook** in the state of **IL**.
3. The defendant is **Coverall Cleaning Concepts**, whose street address is **3020 Woodcreek Dr.**, (city) **Downers Grove** (county) **DuPage** (state) **IL** (ZIP) **60515**
(Defendant's telephone number) **(630)-964-4300**

4. The plaintiff sought employment or was employed by the defendant at (street address) **3020 Woodcreek Dr.** (city) **Downers Grove** (county) **DuPage** (state) **IL** (ZIP code) **60515**

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) __10__, (day) __31__, (year) __03__.

7.1 _(Choose paragraph 7.1 or 7.2, do not complete both.)_

(a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) __5__ (day) __13__ (year) __04__.

(ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

(b) If charges _were_ filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

c. Attached is a copy of the

a. Complaint of Employment Discrimination,
☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _12_ (day) _4_ (year) _04_ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☒ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☒ failed to promote the plaintiff.

(d) [X] failed to reasonably accommodate the plaintiff's religion.

(e) [ ] failed to reasonably accommodate the plaintiff's disabilities.

(f) [X] failed to stop harassment;

(g) [X] retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) [X] other (specify): See 16.(f)

13. The facts supporting the plaintiff's claim of discrimination are as follows: See 16.(f) - Also add: See attached EEOC charge complaint top sheet with accompanying charge questionnaire.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. [X] YES [ ] NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) [ ] Direct the defendant to hire the plaintiff.

(b) [ ] Direct the defendant to re-employ the plaintiff.

(c) [X] Direct the defendant to promote the plaintiff.

(d) [ ] Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) [ ] Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): Pay plaintiff all lost retroactive wages (base, commission + bonus), relevant to her work as a result of being denied the increase in salary, as was verbally promised to both she and her co-workers within same time period, yet given to those colleagues within one month (approx.) after plaintiff was dismissed.

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) *Claudia S. Susini-Williams*

(Plaintiff's name) Ms. Claudia S. Susini-Williams

(Plaintiff's street address) 455 Lakewood Blvd.

(City) Park Forest (State) IL (ZIP) 60466

(Plaintiff's telephone number) (708) - 748-9884

Date: 3-4-05

Complaint of Unemployment Discrimination
3-4-05

16.(f) Continued:

Direct the Defendant to: Also to expunge the false, premature and also unjustified reason given for plaintiff's termination as being: "did not meet terms of probation" to be changed within the plaintiff's employee file as: "Voluntary resignation," with an accompanying letter of recommendation (as promised per Dana-mgr), based upon plaintiff's overall performance cumulatively, over her almost 5½ year tenure; also: provide plaintiff with ALL appointment copies and all logbook sheet copies from 1-1-03 to 10-31-03; a copy of her 8-03 (withheld)-5 year performance/evaluation, subject to her perusal & scrutiny for errors, falsehoods, malicious &/or slanderous, undocumented criticisms/language (from employee file)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2004-04739 |

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>**Ms. Claudia S. Susini-Williams** | Home Phone No. (Incl Area Code)<br>**(708) 748-9884** | Date of Birth |

Street Address: **455 Lakewood Blvd, Park Forest, IL 60466**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**COVERALL CLEANING CONCEPTS** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(630) 969-4300** |

Street Address: **3020 Wood Creek Dr., Downers Grove, IL 60515**

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **08-12-1998**  Latest: **10-31-2003**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on August 12, 1998, and my most recent position was Inside Sales Marketing Consultant. From the beginning of my employment, I was subjected to harassment because of my religion. I continually complained to management about the comments that my co-workers were making, but management ignored my complaints and even participated in the harassment. I was repeatedly criticized for not participating in office activities for religious holidays that I do not celebrate. On June 26, 2003, I was informed that Respondent would give me an evaluation for my five-year anniversary, a letter of recommendation, and a raise sometime in September. I never received any of this. In or around July 2003, I was put on probation for job performance. Several other co-workers were also put on probation at the same time, but I was the only one who received a formal write-up and had to meet with management to discuss an action plan. In addition, I was the only employee whose probation was extended beyond the initial period though my performance was not significantly worse than others and was better than at least some. On October 31, 2003, I declined to participate in the office's celebration of Halloween. Even though I was supposed to have until December 1, 2003 to improve my performance, I was discharged on October 31, 2003.

I believe that I have been discriminated against because of my religion, non-denominational Christianity, and retaliated against for complaining of discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

Date: **May 13, 2004**   Charging Party Signature: *Claudia S. Williams*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

OFFICE 5/5/04 C 1 PM

# ...HARGE QUESTIONNAIRE

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

You **must** completely fill out this form and sign the last page.

The Commission will then determine if it has the right under the law to investigate your employment claim.

Whether you complete this form in our office or mail it to the EEOC, It must be received by the Commission within 300 days of the date of the alleged discrimination.

NAME (First) Claudia (Middle Name or Initial) Sara (Last) Susini-Williams (Please Print) DATE 5-10-04

ADDRESS 455 Lakewood Blvd CITY Park Forest

STATE IL ZIP 60466 COUNTY Cook

HOME TELEPHONE NUMBER (708) 748-9884 DAYTIME TELEPHONE NUMBER ( ) same

SOCIAL SECURITY NUMBER 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 SEX Female

DATE OF BIRTH 11-28-67 CURRENT AGE 36 yrs

Please provide the name of an individual at a (NA) different address who is always able to reach you.

NAME Theresa Susini (Mother) ADDRESS 455 Lakewood Blvd

CITY Park Forest STATE IL ZIP 60466 TELEPHONE NUMBER (708) 748-9884

Type of organization that you believe discriminated against you.

✓ Private Company ___ State Government ___ County Government ___ City Government

Educational Institution: ___ Public ___ Private ___ Employment Agency ___ Union

What is the nature of organization's business (what does the company do) Commercial Janitorial

Provide the full name of the organization that you believe discriminated against you. Provide the address and telephone number of the location where the alleged discrimination occurred. (AKA: Coverall of North America, Inc)

Name of organization Coverall Cleaning Concepts Address 3630 Woodcreek Dr.

City Downers Grove State IL Zip Code 60515

Telephone Number (630) 969-4300 County Du Page

Total number of employees 30-32 (My last count BEFORE I was terminated)

If you are, or have been, employed by the organization, provide the following information.

Job Title (Inside Sales) Marketing Consultant Dates of Employment: From 8-12-98 To 10-31-03

Present or Last Salary $11.60/hr Department Inside Sales Name of Supervisor Dana Anderson (hired & fired me) (Plus Commission + bonus)

In the spaces below, please list each issue and basis (Race, Color, Sex, Religion, National Origin, Age, Disability or Equal Pay).

Examples of some common **issues** (action taken): Discharge; Layoff; Harassment; Transfer; Unequal Pay; Demotion; Job Eliminated; Failure to Recall; Failure to Hire; Failure to Accommodate (Disability and Religion Only); Unequal Terms and Conditions; Failure to Promote. (My termination)

Fill in a separate section for each issue and basis. **ISSUE AND BASIS**

Issue/Action taken Unfair/Discriminatory Termination Date of Action 10-31-03

Basis/type of discrimination Religious (difference in beliefs &/or practices)

Reason given for action That I failed to meet their 3 most previous (performance) reg's

Explain why you feel the action taken against you was discriminatory Because of (seven) other occasions they included my refusal to partake in the office's Halloween lunch party / costume dress and immediately after lunch, Laura Bach had demanded Inside & Outside Sales Reps & others to COVER →

participate in "completing a" Halloween Crossword Puzzle Contest. Also, either shortly before or after — I believe it was before this event — we (same group) — including ALL office managers — were stuffing invoices into envelopes; and at the table we were seated at, Dana Anderson and another employee were discussing how they knew how Halloween originated; and that it was not evil, but only (originated/represented) celebrates the fall harvest. After a pause of silence, Lynn Stack (sitting next to me, while Dana sat next to her) looked at me and said to me "You sure are quiet Claudia" — I replied: "I'm just trying to hurry up & get these envelopes finished so that I can make more appointments." Also, I overheard Kristine Lechocki (Inside Sales immediate Supervisor) in her office speaking with Cleveland Johnson — a field consultant — and JoAnne — who said to Kristine they were offended by my (religious view) that Halloween has evil origins — my reason I gave to management over the (two years) for NOT celebrating it —